UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION
CIVIL ACTION NO. 4:20-CV-01064

*FILED ELECTRONICALLY*

MICHAEL BURFORD, et al.,                                                                                    PLAINTIFFS,

v.

AIR EVAC EMS, INC.,
d/b/a AIR EVAC LIFETEAM                                                                                      DEFENDANT.
_____

PLAINTIFFS' UNOPPOSED MOTION FOR CLASS CERTIFICATION AND
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT
_____

Plaintiffs, Michael Burford and all members of the proposed Settlement Class as defined in the Class Action Settlement Agreement and Release (Plaintiffs), through counsel, move the court for preliminary approval of the Class Action Settlement Agreement and Release (Exhibit A to the accompanying memorandum) along with the attachments thereto (Exhibit A-1, Individual Settlement Payments; A-2, Proposed Notice; and, A-3, Opt-Out Form).[1]

The Class Action Settlement Agreement and Release provides for a Gross Settlement Fund of $394,478.81 which includes up to $89,151.00 in attorneys' fees and expenses. Accordingly, Plaintiffs additionally move the court for approval of $89,151.00 in attorneys' fees and expenses as provided for in the Settlement.

Plaintiffs submit their supporting memorandum and request that the Court enter the unopposed order tendered with this motion. Defendant does not oppose the instant motion and consents to the entry of the proposed order.

---

[1] Pursuant to the Settlement Agreement, Defendants have been provided with a copy of this motion and have advised there are no objections to relief requested herein.

ARNOLD & MILLER, PLC

/s/ Christopher D. Miller
Charles W. Arnold, Esq.
Christopher D. Miller, Esq.
401 West Main Street; Suite 303
Lexington, Kentucky 40507
Telephone: 859.381.9999
Facsimile: 859.389.6666
Email: carnold@arnoldmillerlaw.com
Email: cmiller@arnoldmillerlaw.com

and

COWAN LAW OFFICE, PLC
J. Robert Cowan, Esq.
2401 Regency Road; Suite 300
Lexington, Kentucky 40503
Telephone: 859.523.8883
Facsimile: 859.523.8885
Email: kylaw@cowanlawky.com

COUNSEL FOR PLAINTIFFS

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically filed and served upon all counsel of record through the Court's Case Management and Electronic Case Filing (CM/ECF) system on November 30, 2020.

/s/ Christopher D. Miller
Co-Counsel for Plaintiffs